# AFFIDAVIT

STATE OF MISSOURI                ) 
                                 ) ss.
COUNTY OF PLATTE                 )

**Account Holder:** KIMBERLY A MUNSON  
**SSN/EIN/TIN #:**    xxx-xx-7998

**Account #:** ending in 1529

The undersigned, __Kaleigh Brinkman__, being duly sworn, states and deposes as follows:

1. I am an employee of Citibank, N.A. ("Citibank"), a national bank located in Sioux Falls, South Dakota, and I am authorized to make this Affidavit. My job title is Document Control Officer. My job responsibilities include reviewing and obtaining account information in Citibank's records as it relates to credit card accounts owned or previously owned by Citibank. The statements set forth in this affidavit are true and correct to the best of my knowledge, information and belief based on either personal knowledge or review of the business records of Citibank.

2. My duties include having knowledge of, and access to, business records relating to the Citibank account referenced above. These records are kept by Citibank in the regular course of business and it was in the regular course of business of Citibank for an employee or representative with personal knowledge of the act, event, condition, or opinion recorded to make memorandum or records or to transmit information thereof to be included in such memorandum or records; and that the records were made at or near the time of the act and/or event recorded or reasonably soon thereafter.

3. Citibank's records reflect that a credit card account ending in account number 1529 (the "Account") was sold to eCAST Settlement Corporation on or about 10/30/2014. At the time the Account was sold, Citibank prepared and forwarded to eCAST Settlement Corporation a spreadsheet reflecting Account information as of the sale date based on Citibank's records, including, among other things, the Account number, Account balance, the date of the last payment, the Account holder's name, and Social Security number (the "Account Information"). The Account Information reflects that the Account was opened on 03/26/2008. The Account Information reflects that the Account holder's name at time of the sale was KIMBERLY A MUNSON, with a Social Security number ending: xxx-xx-7998.

4. The Account Information indicates that, as of the date the Account was sold, there was due and payable on the Account $3937.42.

# EXHIBIT A

5. The Account information reflects that, as of the date the Account was sold, the last Account payment received by Citibank posted to the Account on 09/15/2014.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

EXECUTED on \_\_\_\_11/13\_\_\_\_, 20 18.

_Kaleigh Brinkman_
Signature

\_\_\_Kaleigh Brinkman\_\_\_
Name

STATE OF MISSOURI )
) ss.
COUNTY OF PLATTE )

Subscribed and sworn to before me by \_\_\_Kaleigh Brinkman\_\_\_ this \_\_13\_\_ day

of \_\_\_nov\_\_\_, 20 18.

_____
Notary Public

My commission expires: \_\_January 26, 2022\_\_

[SEAL]

CAROLYN E. HUGHES
Notary Public - Notary Seal
State of Missouri, Jackson County
Commission #14927304
My Commission Expires Jan 26, 2022

Personally known \_\_\_ OR
Produced identification \_✓\_

Type of identification produced:

**CITI EMPLOYEE BADGE**

_____.

EXHIBIT A